**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>PG&E CORPORATION, et al.,<br><br>Defendants. | Case No.  24-cv-00911-BLF<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On June 21, 2024, the Court vacated all dates in this case at the request of the parties in light of their joint notice of settlement.  *See* Order Vacating All Dates, ECF 19.  The Court directed the Clerk to administratively close the case, and ordered the parties to file a dismissal or status report re settlement by August 23, 2024.  *See id.*  The parties have not done so.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and by September 17, 2024, why this case should not be dismissed for failure to prosecute and failure to comply with the Court's order.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated:  September 3, 2024

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California